UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WALTER MICHAELSON,

    Plaintiff,

v.                                           Case No: 2:14-cv-388-FtM-38CM

UBS FINANCIAL SERVICES, INC.,
UBS BANK USA, INC., ERIC
BEADLE, SUSAN GRANDSTAFF,
JULENE RICHARDS, and DUSTIN
SMITH,

    Defendants.
_____/

### ORDER[1]

This matter is before the Court on Plaintiff Walter Michaelson's Notice of Voluntary Dismissal Without Prejudice of Defendants UBS Financial Services, Inc., Eric Beadle, Susan Grandstaff, Julene Richards, and Dustin Smith (Doc. #14) filed on December 11, 2014. Only Defendant UBS Bank USA, Inc. is to remain in this action.

Accordingly, it is now

**ORDERED:**

(1) Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Defendants UBS Financial Services, Inc., Eric Beadle, Susan Grandstaff, Julene Richards, and Dustin Smith (Doc. #14) is **GRANTED**.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

1

(2) Plaintiff is **DIRECTED** to file an amended complaint by **December 29, 2014**, naming and asserting claims against Defendant UBS Bank USA, Inc. only. Defendant UBS Bank USA, Inc. shall have **fourteen (14) days** from the date it received the amended complaint to respond accordingly.

**DONE** and **ORDERED** in Fort Myers, Florida this 12th day of December, 2014.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record